UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD LEE ALLEN,<br><br>        Plaintiff<br><br> v.<br><br>NAPHCARE, *et al.*,<br><br>        Defendants | Case No.  3:22-cv-00046-RCJ-CSD<br><br>**ORDER** |

**I. DISCUSSION**

  On January 26, 2022, Plaintiff, an inmate in the custody of the Washoe County Detention Center, submitted a civil rights complaint under 42 U.S.C. § 1983.  (ECF No. 1-1).  Plaintiff has neither paid the full $402 filing fee for this matter nor filed an application to proceed *in forma pauperis*.

  Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

  (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

  (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

  (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

  The Court will grant Plaintiff a **one-time** opportunity to file a fully complete application to proceed *in forma pauperis* containing <u>all three</u> of the required documents, or in the alternative, pay the full $402 filing fee for this action on or before **March 29, 2022**. Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of

time.

If Plaintiff is unable to file a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $402 filing fee on or before **March 29, 2022**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is either able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **March 29, 2022** to proceed with this case.

The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court will not file the complaint unless and until Plaintiff timely files a fully complete application to proceed *in forma pauperis* with all three documents or pays the full $402 filing fee.

## II.  CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **March 29, 2022**, Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **March 29, 2022**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No.1-1) but will not file it at this time.

DATED: January 31, 2022

_____
UNITED STATES MAGISTRATE JUDGE